**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6616**

_____

PHILLIP ANTONIO OWENS,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Thomas D. Schroeder, District Judge. (1:11-cv-00055-TDS-WWD)

_____

Submitted: August 18, 2011       Decided: August 23, 2011

_____

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Phillip Antonio Owens, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Antonio Owens, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owens v. United States, No. 1:11-cv-00055-TDS-WWD (M.D.N.C. Apr. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED